THE MOUNT VERNON TRUST COMPANY, Respondent, v. MAY E. GINSBERG. Now Also Known as MAY E. GOLDING, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

HENRY OETERS, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion to dispense with printing minutes of the trial denied. (See *Capone* v. *Matteo Realty Corporation*, 241 App. Div. 845, and *People* v. *Foote*, 241 App. Div. 846.) Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

MARY PHILIPS, as Administratrix, etc., of JORDAN PHILIPS, Deceased, Respondent, v. JAMES APUZZO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE RICCI, Appellant.— Motion for reargument denied. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD D. TOOMEY, Petitioner, against GEORGE H. TAYLOR, JR., a Justice of the Supreme Court of the State of New York, FRANK H. COYNE, District Attorney of the County of Westchester, and Others, Respondents.— Motion for an order of prohibition denied. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

SAMUEL RINZLER, Appellant, v. LENA RINZLER, Respondent, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

JOSEPH STARR, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Plaintiff, v. EMMA FRANCES LAW, Individually and as Executrix, etc., of HERBERT CLEMENT LAW, Deceased, and Others, Defendants; YANKEE TAXI CORPORATION (Referred to as YANKEE TAXI Co.), Tenant, and ELMORE TAXI CORPORATION, Undertenant, Appellants; PHILIP L. DUNNE, as Receiver, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

THE TRAVELERS INSURANCE COMPANY, Respondent, v. LEE & SIMMONS, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

SARAH YELLIN, Respondent, v. WILLIAM ENDLICH, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.